■ PAUL CRUMPTON, Respondent, v. ROJON RESTAURANT, INC., Appellant.— Order of the Supreme Court, Westchester County, dated June 26, 1968, affirmed

insofar as appealed from, with $20 costs and disbursements. (Cf. *Mitchell* v. *The Shoals, Inc.*, 48 Misc 2d 381, affd. 26 A D 2d 78, affd. 19 N Y 2d 338.) Appellant's time to serve the amended answer is extended until 20 days after entry of the order hereon. Rabin, Acting P. J., Hopkins, Latham, Kleinfeld and Brennan, JJ., concur.